U.S. SECURITIES AND EXCHANGE COMMISSION
Paul W. Kisslinger (DC Bar No. 465768)
L. Delane Olson (DC Bar No. 423566)
100 F Street, N.E.
Washington, DC 20549-4010
Telephone: (202) 551-4427 (Kisslinger)
Facsimile: (202) 772-9246 (Kisslinger)

E-Filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br>DOUGLAS M. GLOFF,<br>Defendant. | Case No. C01-4984 MJJ<br><br>~~PROPOSED~~ ORDER TO DISTRIBUTE SETTLEMENT FUNDS; LIQUIDATE COURT REGISTRY ACCOUNT; PAY FINAL TAXES AND EXPENSES |

The Court, having reviewed plaintiff Securities and Exchange Commission's unopposed Motion to Distribute Settlement Proceeds, Pay Taxes, and the supporting declarations of L. Delane Olson and Jude P. Damasco (collectively, the "Motion"):

**IT IS HEREBY ORDERED:**

1. The plaintiff's Motion is Granted. To make final distribution of the settlement distribution fund established in this matter (the "Distribution Fund"), as outlined in the August 7, 2005 Order appointing tax administrator, the Clerk of Court is directed to take the following actions:

2. The Clerk of Court shall immediately liquidate the Court Registry account established in this matter, under the designation "SEC v. Douglas M. Gloff" (the "Registry Account"), and shall pay the proceeds of the account as follows:

3. The Clerk of Court shall issue five checks on the Registry Account in the following amounts, made payable to, and delivered to, the following entities:

      a.    To compensate injured investors, as identified by the Commission in the Motion:

$38,710.25
Group One Trading, L.P.
TAX ID: 94-3209378
c/o Michael Clark,
Vice President of Client Services
220 Bush Street, Suite 360,
San Francisco, California 94104

$77,420.49
TD Options, LLC
TAX ID: 38-3642380
c/o Michael Pierson
General Counsel,
TD Options, LLC
230 South LaSalle
6th Floor
Chicago, Illinois 60604

$38,710.25
Vacaville Trading, LLC
TAX ID: 94-3234623
c/o Michael David McCall
1520 Mariposa Way
Fairfield, CA 94533

      b.    To pay the final professional fees and expenses of the Tax Administrator, a check in the amount of $3,111.58 made payable to Damasco & Associates LLP, delivered to 224 Jackson Street, Fourth Floor, San Francisco, CA 94111.

      c.    To pay for all taxes and related expenses due and owing by the Distribution Fund, a check representing the remainder of the funds in the Registry Account, after payment of paragraphs 3(a) and (b), made payable to Damasco & Associates LLP, Trust Account, delivered to 224 Jackson Street, Fourth Floor, San Francisco, CA 94111.

4. All checks shall contain the notation "*SEC v. Douglas M. Gloff*, Case No. 01-CV-4984, *Federal Tax identification number 20-2449269.*" A copy of all checks and the cover letter shall be sent to counsel of record for the Commission.

2

Motion To Distribute Settlement Proceeds, Liquidate Court
Registry Account, Pay Taxes, Points And Authorities
C01-4984 (MJJ)

5. The Tax Administrator shall immediately deposit the check received in paragraph 3(c) into the escrow account it has established in this matter (the "Escrow Account"). The Tax Administrator shall then pay all final taxes, fees, penalties, and related expenses due and owing from the Distribution Fund from the Escrow Account, and shall prepare and file all necessary and appropriate tax returns and related documents, as provided in the August 7, 2005 Order appointing tax administrator, with copies sent to Counsel of Record for the Commission.

6. The Tax Administrator shall then submit all funds remaining in the Escrow Account, after payments described in paragraphs 5, to the United States Treasury, pursuant to written instructions that the Commission shall provide.

Dated: 4/1/2007

_____
UNITED STATES DISTRICT JUDGE

Motion To Distribute Settlement Proceeds, Liquidate Court
Registry Account, Pay Taxes, Points And Authorities
C01-4984 (MJJ)

3